# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PAUL TUTTOBENE,

    Plaintiff(s),

v.

TRANSUNION, LLC, et al.,

    Defendant(s).

Case No.: 2:19-cv-01999-APG-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than February 6, 2020, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: January 31, 2020

Nancy J. Koppe
United States Magistrate Judge