WRIGHT, FINLAY & ZAK, LLP
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Defendant, New American Funding*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PAUL TUTTOBENE,

         Plaintiff,

        vs.

TRANSUNION, LLC; AND NEW
AMERICAN FUNDING,

        Defendants.

Case No.: 2:19-cv-01999-APG-DJA

**JOINT MOTION TO DISMISS NEW
AMERICAN FUNDING WITH
PREJUDICE**

**ORDER**

        Plaintiff, Paul Tuttobene ("Plaintiff"), has settled his disputes with Defendant, New American Funding ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), by and through their respective counsel hereby move this Court to dismiss Defendant with prejudice.

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

On January 20, 2020, Plaintiff filed his Notice of Settlement. The Parties have completed their settlement and respectfully request that this Court dismiss Defendant.

DATED this 27th day of February, 2020.

WRIGHT, FINLAY & ZAK, LLP                    HAINES & KRIEGER, LLC

/s/ Michael S. Kelley, Esq.                  /s/ George Haines, Esq.

Michael S. Kelley, Esq.                      George Haines, Esq.
Nevada Bar No. 10101                         Nevada Bar No. 9411
7785 W. Sahara Ave., Suite 200               8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89117                          Henderson, NV 89123
*Attorneys for Defendant, New American*      *Attorneys for Plaintiff, Paul Tuttobene*
*Funding*


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: February 28, 2020.