Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Paul Tuttobene*



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Paul Tuttobene,

Plaintiff,

v.

TransUnion, LLC et al,

Defendant.

Case No.: 2:19-cv-01999-APG-NJK

**Stipulation and Order to Extend Discovery Deadlines**

**(First request)**

Paul Tuttobene ("Plaintiff") and TransUnion, LLC ("Defendant" and together with Plaintiff as the "parties"), by and through their respective counsel, hereby stipulate to modify this Court's scheduling order, to extend the following discovery-related deadlines by approximately 90 days. This is the parties' first request and is not made for an impermissible purpose. The parties hereby stipulate and agree as follows:

1. Expert disclosures (initial): from April 8, 2020 to **July 7, 2020**.
2. Expert disclosures (rebuttal): from May 8, 2020 to **August 6, 2020**.
3. Discovery cutoff date: from June 8, 2020 to **September 8, 2020**.
4. Dispositive Motions: from July 7, 2020 to **October 7, 2020**.

5. Pretrial Order: from August 6, 2020 to **November 6, 2020**. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the Court.

Pursuant to LR 26-4, good cause exists to amend the scheduling order. The parties have been diligent in written discovery. The parties have both propounded written discovery requests and served their initial disclosures. The parties are also actively working together to schedule each others' depositions, however they agree that more time is needed given the current need for social distancing that has created issues in scheduling depositions. The parties have tentatively scheduled Plaintiff's deposition to take place in mid-June and Trans Union's Rule 30(b)(6) deposition for the following month.

The parties have also had some settlement discussions and further discussions are expected. This request for an extension is made specifically in this fee-shifting matter since depositions and experts are a significant expense and settlement discussions are ongoing. The parties therefore seek to extend the discovery deadlines by approximately 90 days to finalize written discovery, take depositions, and disclose experts, as needed.

For these reasons, the parties jointly request that this Court modify the scheduling order to provide an additional 90 days to complete discovery.

KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

This is the first request for an extension of these deadlines.

Dated: April 7, 2020.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Paul Tuttobene*

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

/s/ Jennifer Rebecca Bergh
Jennifer Rebecca Bergh, Esq.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
*Attorney for TransUnion, LLC*

## SCHEDULING ORDER

IT IS HEREBY ORDERED that the discovery plan and scheduling order is modified to extend the discovery deadlines as follows:

1. the last date to disclose initial experts shall be **July 7, 2020**;
2. the last date to disclose rebuttal experts shall be **August 6, 2020**;
3. the last date to complete discovery shall be **September 8, 2020**;
4. the last date to file dispositive motions shall be **October 7, 2020**; and
5. the last date to file the proposed joint pretrial order shall be **November 6, 2020**.

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: April 9, 2020

KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123