WRIGHT, FINLAY & ZAK, LLP
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Defendant, New American Funding*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL TUTTOBENE, | Case No.: 2:19-cv-01999-APG-NJK |
| Plaintiff, | |
| vs. | **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |
| TRANSUNION, LLC; AND NEW AMERICAN FUNDING, | |
| Defendants. | |

COMES NOW, Defendant, New American Funding (hereinafter "Defendant"), by and through its attorney of record, Michael S. Kelley, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Dana Jonathon Nitz, Esq. and Michael S. Kelley, Esq. ("Previous Attorneys") from the Service List in the above-captioned matter. Plaintiff, Paul Tuttobene, has settled his disputes with Defendant and have been dismissed with prejudice per the Order [ecf no. 19] filed on 2/28/2020. Subsequent filings have been made and Previous Attorneys are receiving notices of the proceedings in this case. As a result, it is no longer necessary that Previous Attorneys receive notice of the ongoing proceedings.

/ / /

/ / /

/ / /

Accordingly, the undersigned counsel requests that Dana Jonathon Nitz, Esq. and Michael S. Kelley, Esq. be removed from the Service List in this matter.

DATED this 8th day of October, 2020.

> WRIGHT, FINLAY & ZAK, LLP
>
> */s/ Michael S. Kelley, Esq.*
> Michael S. Kelley, Esq.
> Nevada Bar No. 10101
> 7785 W. Sahara Ave., Suite 200
> Las Vegas, NV 89117
> *Attorney for Defendant, New American Funding*

IT IS SO ORDERED.
Dated:  October 8, 2020
.
.
_____
Nancy J. Koppe
United States Magistrate Judge