# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PAUL TUTTOBENE,

    Plaintiff

v.

TRANS UNION, LLC and NEW
AMERICAN FUNDING,

    Defendants

Case No.: 2:19-cv-01999-APG-NJK

**Order Granting Trans Union's Motion to Seal**

[ECF No. 32]

    Defendant Trans Union, LLC moves to seal an exhibit to its motion for summary judgment. ECF No. 32.  Trans Union's motion satisfies the standard for sealing under *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  I will grant the motion. However, Trans Union filed its motion to seal under seal.  There appears to be no reason for the motion itself to remain sealed, except for the subject exhibit (ECF No. 32-2).  Thus, Trans Union shall file an unsealed version of its motion, without the exhibit and redacting any information in the motion or attached declaration that is confidential.

    I THEREFORE ORDER that Trans Union's motion to seal **(ECF No. 32) is granted. The motion and exhibits (ECF Nos. 32, 32-1, and 32-2) shall  remain sealed.**  Trans Union shall file an unsealed version of the motion to seal, without the exhibit and redacting any information in the motion or attached declaration that is confidential, by October 22, 2020.

    DATED this 8th day of October, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE