**JENNIFER BERGH**
jbergh@qslwm.com
Nevada Bar No. 14480
**JUSTIN K. SAULS**
jsauls@qslwm.com
*Admitted Pro Hac Vice*
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
(214) 560-5460
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

\*\*Designated Attorney for Personal Service\*\*
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL TUTTOBENE,<br><br>          Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC and NEW AMERICAN FUNDING,<br><br>          Defendants. | Case No. 2:19-cv-01999-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING THE PARTIES' TIME TO FILE RESPONSES TO THE PENDING MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

      Plaintiff Paul Tuttobene ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this their Stipulation Extending the Parties' Time to File their Responses to the pending Motions for Summary Judgment.

      On October 7, 2020, Plaintiff filed his Motion for Summary Judgment (Dkt. 28) and Trans Union also filed its Motion for Summary Judgment (Dkt. 31). The parties current deadline to file a response to the pending Motions for Summary Judgment is October 28, 2020. On October 22, 2020, counsel for Plaintiff and counsel for Trans Union conferred regarding seeking an extension from the Court for additional time. Given that the parties have each filed dispositive

1

motions, they have agreed to grant each other additional time to prepare responses to the arguments presented in each motion along with supporting summary judgment evidence.

Accordingly, the parties hereby stipulate to extend the deadline for Trans Union and Plaintiff to file their respective responses to the other's Motion for Summary Judgment for fourteen (14) days up to and including November 11, 2020. This is the first extension of time for the parties to file said responses and the current deadline has not yet expired.

DATED: October 23, 2020

| KIND LAW and KRIEGER LAW GROUP, LLC | QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. |
|---|---|
| */s/ Michael Kind* | */s/ Jennifer Bergh* |
| **MICHAEL KIND** | **JENNIFER BERGH** |
| mk@kindlaw.com | jbergh@qslwm.com |
| Nevada Bar No. 13903 | Nevada Bar No. 14480 |
| 8860 S. Maryland Parkway, Suite 106 | 2100 Bryan Street, Suite 1800 |
| Las Vegas, NV 89123 | Dallas, TX 75201 |
| (702) 337-2322 | (214) 560-5460 |
| (702) 329-5881 Fax | (214) 871-2111 Fax |
| and | and |
| **DAVID H. KRIEGER** | **JUSTIN K. SAULS** |
| dkrieger@kriegerlawgroup.com | jsauls@qslwm.com |
| Nevada Bar No. 9086 | *Admitted Pro Hac Vice* |
| **SHAWN W. MILLER** | 6900 Dallas Parkway, Suite 800 |
| smiller@kriegerlawgroup.com | Plano, TX 75024 |
| Nevada Bar No. 7825 | (214) 560-5458 |
| Krieger Law Group, LLC | (214) 871-2111 Fax |
| 2850 W. Horizon Ridge Parkway, Suite 200 | **Counsel for Trans Union LLC** |
| Henderson, NV 89052 | |
| (702) 848-3855 | |
| **Counsel for Plaintiff** | |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 23, 2020

2