# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PAUL TUTTOBENE,

    Plaintiff

v.

TRANS UNION, LLC and NEW AMERICAN FUNDING,

    Defendants

Case No.: 2:19-cv-01999-APG-NJK

**Order Granting Trans Union's Motion to Seal**

[ECF No. 38]

    Defendant Trans Union, LLC moves to seal an exhibit attached to the plaintiff's motion for summary judgment. ECF No. 38. Trans Union's motion satisfies the standard for sealing under *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). I will grant the motion.

    I THEREFORE ORDER that Trans Union's motion to seal **(ECF No. 38) is granted.** Exhibit 10 to the plaintiff's motion for summary judgment **(filed as ECF No. 29-1) shall remain sealed.** The clerk of the court shall unseal the deposition transcript currently filed as ECF No. 29 only.

    DATED this 23rd day of October, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE