**JENNIFER BERGH**
jbergh@qslwm.com
Nevada Bar No. 14480
**JUSTIN K. SAULS**
jsauls@qslwm.com
*Admitted Pro Hac Vice*
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
(214) 560-5460
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

\*\*Designated Attorney for Personal Service\*\*
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL TUTTOBENE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC and NEW AMERICAN FUNDING,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01999-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING THE PARTIES' TIME TO FILE RESPONSES TO THE PENDING MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

　　　　Plaintiff Paul Tuttobene ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this their Stipulation Extending the Parties' Time to File their Responses to the pending Motions for Summary Judgment.

　　　　On October 7, 2020, Plaintiff filed his Motion for Summary Judgment (Dkt. 28) and Trans Union also filed its Motion for Summary Judgment (Dkt. 31). On October 23, 2020, the parties stipulated to extend the response deadline to each motion for fourteen (14) days, which the Court approved, making the current deadline for each party's response November 11, 2020. The parties did not anticipate that this date landed on a federal holiday, i.e., Veteran's Day.

1

Given that the parties have each filed dispositive motions, the parties now request an additional extension of three (3) days to file their respective responses up to and including November 16, 2020. The current deadline has not yet expired.

Accordingly, the parties hereby stipulate to extend the deadline for Trans Union and Plaintiff to file their respective responses to the other's Motion for Summary Judgment for three (3) days up to and including November 16, 2020.

DATED: November 6, 2020

| KIND LAW | QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. |
|---|---|
| /s/ Michael Kind | /s/ Jennifer Bergh |
| **MICHAEL KIND** | **JENNIFER BERGH** |
| mk@kindlaw.com | jbergh@qslwm.com |
| Nevada Bar No. 13903 | Nevada Bar No. 14480 |
| 8860 S. Maryland Parkway, Suite 106 | 2100 Bryan Street, Suite 1800 |
| Las Vegas, NV 89123 | Dallas, TX 75201 |
| (702) 337-2322 | (214) 560-5460 |
| (702) 329-5881 Fax | (214) 871-2111 Fax |
| **Counsel for Plaintiff** | and |
| | **JUSTIN K. SAULS** |
| | jsauls@qslwm.com |
| | *Admitted Pro Hac Vice* |
| | 6900 Dallas Parkway, Suite 800 |
| | Plano, TX 75024 |
| | (214) 560-5458 |
| | (214) 871-2111 Fax |
| | **Counsel for Trans Union LLC** |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  November 9, 2020

2