**JENNIFER BERGH**
jbergh@qslwm.com
Nevada Bar No. 14480
**JUSTIN K. SAULS**
jsauls@qslwm.com
*Admitted Pro Hac Vice*
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
(214) 560-5460
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

\*\*Designated Attorney for Personal Service\*\*
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PAUL TUTTOBENE,<br><br>            Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC and NEW AMERICAN FUNDING,<br><br>            Defendants. | Case No. 2:19-cv-01999-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING THE PARTIES' TIME TO FILE REPLIES TO THE PENDING MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Paul Tuttobene ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this their Stipulation Extending the Parties' Time to File their Replies to the pending Motions for Summary Judgment.

On October 7, 2020, Plaintiff filed his Motion for Summary Judgment (Dkt. 28) and Trans Union also filed its Motion for Summary Judgment (Dkt. 31). On November 16, 2020, the parties filed their Responses to each other's motions. The deadlines for the parties to file their replies is currently on November 30, 2020.

1

The days leading up to the November 30, 2020, deadline was a federal holiday weekend, i.e., Thanksgiving Day, and counsel for Plaintiff requested, and defense counsel agreed, to an extension of time for the parties to file their replies. Given that the parties have each filed dispositive motions, and there are no other pending deadlines in the case, the parties now request an extension of two weeks to file their respective replies up to and including December 14, 2020. The current deadline has not yet expired.

Accordingly, the parties hereby stipulate to extend the deadline for Trans Union and Plaintiff to file their respective replies to the other's Motion for Summary Judgment for fourteen days up to and including December 14, 2020.

DATED: November 30, 2020.

| | |
|---|---|
| **KIND LAW** | **QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.** |
| /s/ Michael Kind | /s/ Jennifer Bergh |
| **MICHAEL KIND** | **JENNIFER BERGH** |
| mk@kindlaw.com | jbergh@qslwm.com |
| Nevada Bar No. 13903 | Nevada Bar No. 14480 |
| 8860 S. Maryland Parkway, Suite 106 | 2100 Bryan Street, Suite 1800 |
| Las Vegas, NV 89123 | Dallas, TX 75201 |
| (702) 337-2322 | (214) 560-5460 |
| (702) 329-5881 Fa | (214) 871-2111 Fax |
| **Counsel for Plaintiff** | and |
| | **JUSTIN K. SAULS** |
| | jsauls@qslwm.com |
| | *Admitted Pro Hac Vice* |
| | 6900 Dallas Parkway, Suite 800 |
| | Plano, TX 75024 |
| | (214) 560-5458 |
| | (214) 871-2111 Fax |
| | **Counsel for Trans Union LLC** |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 30, 2020

2